1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9              Plaintiff,                    Case No. 21-461 MAT

10      v.                                   DETENTION ORDER

11 ALONSO RAMIREZ-CRUZ,

12             Defendant.

13

14 Offenses charged:

15      Count 1:     Possession of a Controlled Substance with Intent to Distribute - 21 U.S.C.

16 Section 841(a)(1) and (b)(1)(C).

17 Date of Detention Hearing: August 18, 2021

18      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19 based upon the reasons for detention hereafter set forth, finds:

20      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21      1.     There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. §

22             3142(e) because there is probable cause to believe Mr. Ramirez-Cruz committed a

23             drug offense with a maximum sentence of ten years or more.

DETENTION ORDER - 1

2.   Mr. Ramirez-Cruz declined to be interviewed by pretrial services so little is known about his history and characteristics. Mr. Ramirez-Cruz has a criminal history and ties to a foreign country.

3.   Mr. Ramirez-Cruz stipulated to detention.

4.   Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Mr. Ramirez-Cruz's appearance at future court hearings while addressing the danger to other persons or the community.

5.   Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Mr. Ramirez-Cruz as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1)  Mr. Ramirez-Cruz shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  Mr. Ramirez-Cruz shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Ramirez-Cruz is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER - 2

counsel for Mr. Ramirez-Cruz, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 18th day of August, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3